IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MICHAEL STEVEN RATLEY,

      Appellant,

v.

      Case No.  5D23-590
      LT Case No. 2007-CF-000782

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed April 11, 2023

3.850 Appeal from the Circuit Court
for Nassau County,
Steven Fahlgren, Judge.

Bryan D. Savy, of Bross & Savy
LLC, West Melbourne, for Appellant.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


EDWARDS, EISNAUGLE and BOATWRIGHT, JJ., concur.